**FOURTH DIVISION
DOYLE, P. J.,
MCFADDEN and BOGGS, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules/**

**December 16, 2014**

# In the Court of Appeals of Georgia

A13A0562.  FULTON   COUNTY   v.   DILLARD   LAND   DO-032
INVESTMENTS, LLC et al.

DOYLE, Presiding Judge.

In *Fulton County v. Dillard Land Investments, LLC*,[1] this Court reversed the

trial court's court's order setting aside Fulton County's voluntary dismissal of its

condemnation petition. The Supreme Court of Georgia reversed that opinion in

*Dillard Land Investments, LLC v. Fulton County.*[2] We therefore vacate our earlier

opinion, adopt the Supreme Court's opinion as our own, and affirm the judgment of

the trial court.

*Judgment affirmed. McFadden and Boggs, JJ., concur*.

---

[1] 322 Ga. App. 344, 347 (744 SE2d 880) (2013).

[2] 295 Ga. 515 (761 SE2d 282) (2014).